No. 2.) — Motion to restrain transfer of title denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

LARSEN & JESPER BUILDING CO., INC., etc., Respondent, v. HYMAN TANTLEFF and ARGYLE MEAT MARKETS, INC., Appellants.— Motion for stay granted in accordance with stipulation. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

LILLIAN A. MOIR, Respondent, v. FRANK C. MOIR, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

MORELITE SERVICE STATIONS, INC., and Another, Respondents, v. ALBERT GOLDMAN, as Commissioner of Plant and Structures of the City of New York, and Another, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

MORELITE SERVICE STATIONS, INC., and Another, Respondents, v. ALBERT GOLDMAN, as Commissioner of Plant and Structures of the City of New York, and Another, Appellants.— Motion to restrain plaintiffs, pending appeal, from proceeding with the action pursuant to the order of preference denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

FREDERICK J. OSTROW, Respondent, v. RAYSEC CORPORATION, Appellant, and ROY E. THOMPSON, Defendant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ALEXANDER POLIN, Appellant, v. SAM KAPLAN, as President, etc., Respondent. — Motion for stay granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

GEORGE PUGH, Respondent, v. GUISEPPE DEMARIA and Others, Defendants, Impleaded with TRIBORO FRUIT AUCTION CO., INC., Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

GEORGE PUGH, Respondent, v. GUISEPPE DEMARIA and Others, Defendants, Impleaded with TRIBORO FRUIT AUCTION CO., INC., Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DE SENNA, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the October term, and case ordered on the calendar for Monday, October 6, 1930. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY H. SLOANE, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent. (Appeal No. 1.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

BLANCHE P. RICE, Respondent, v. CLARENCE S. RICE, Appellant.— Motion